IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT DRINKMAN,

        Plaintiff,                               ORDER
                                                  07-C-363-S

  v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

        Defendant.
_____

    Plaintiff's motion to compel answers to requests for admissions, request for production of documents, and answers to interrogatories came on to be heard by telephone in the above entitled matter on October 24, 2007, the plaintiff having appeared by Thomas J. Lyons, Sr.; defendant by Hinshaw & Culbertson by David J. Hanus.  Honorable John C. Shabaz, District Judge, presided.

    Accordingly,

ORDER

    IT IS ORDERED that said motion is GRANTED; all requested discovery is to be provided forthwith and immediately.  Costs and reasonable attorney's fees are awarded to plaintiff from defendant.

    Entered this 24th day of October, 2007.

                              BY THE COURT:

                                  /s/

                           _____
                           JOHN C. SHABAZ
                           District Judge