```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT DRINKMAN,

                  Plaintiff,                    ORDER
                                             07-cv-363-jcs
     v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

                  Defendant.
_____
```

Plaintiff's motion to seek sanctions under FRCP 37(b)(2) came on to be heard by telephone in the above entitled matter on November 28, 2007, the plaintiff having appeared by Thomas J. Lyons, Jr. and Thomas J. Lyons, Sr.; defendant by Berman & Rabin by Daniel S. Rabin.  Honorable John C. Shabaz, District Judge, presided.

Accordingly,


ORDER

IT IS ORDERED that pursuant to this Court's Preliminary Pre-Trial Conference Order dated August 15, 2007 the following discovery materials concerning a motion or other matter under consideration by the Court shall be provided to the Court by plaintiff not later than 4:30 p.m. November 29, 2007: all interrogatories and the responses relating thereto, all requests for documents and the responses relating thereto and all requests for admissions and the responses relating thereto.

IT IS FURTHER ORDERED that discovery materials will be filed with the Court where they concern the motion for sanctions and

those other considerations of the Court to include interrogatories nos. 19, 20 and 21, document nos. 9, 10, 16 and 17 together with admissions and the responses relating thereto.

IT IS FURTHER ORDERED that a discovery conference where knowledgeable counsel shall attend is scheduled for <u>Monday, December 3</u>, 2007 at 8:30 a.m. in court and may continue through Tuesday, December 4, 2007.

Entered this 28th day of November, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge